IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

**Arlette de Andrade**

    Debtor(s).

CASE NO. 6:13-bk-05621-CCJ
CHAPTER 13

_____/

## POST-JUDICIAL SALE MOTION FOR RELIEF FROM STAY

## NOTICE OF OPPORTUNITY TO OBJECT AND SET FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at George C. Young Federal Courthouse, 400 W Washington Street, Suite 5100, Orlando, FL 32801, and serve a copy on the Movant's attorney, Ronald R Wolfe & Associates, P.L., P.O. Box 25018, Tampa, Florida 33622-5018.

If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested

TO THE HONORABLE JUDGE OF SAID COURT:

    Comes now, US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-WF1 ("Movant"), its successors and/or assigns, seeking modification of the automatic stay pursuant to § 362(d)(1) and (d)(2) of the Bankruptcy Code and would show the Court as follows:

    1.    On May 03, 2013, Arlette de Andrade ("Debtor" as used herein shall include both

Debtors in a joint case), filed for relief under Chapter 13 of the U.S. Bankruptcy Code.

2. Jurisdiction of this cause is granted to the Bankruptcy Court pursuant to 28 U.S.C. § 1334, 11 U.S.C. § 362, and Fed.R.Bankr.P. 4001(a), and all other applicable rules and statutes affecting the jurisdiction of the Bankruptcy Courts generally.

3. On January 14, 2010, the Circuit Court entered a Final Summary Judgment of Foreclosure (the "Final Judgment") in favor of Movant as to the below described property. Said Final Judgment is attached hereto as Exhibit "A."

**LOT 5:**

**FROM THE NORTHWEST CORNER OF LOT 29 OF O BAR RANCHETTES, OSCEOLA COUNTY, FLORIDA, RUN SOUTH ALONG THE WEST LINE OF SAID LOT 29; 400.0 FEET; RUN THENCE EAST, PARALLEL TO THE NORTH LINE OF SAID LOT 29, 80.0 FEET TO THE POINT OF BEGINNING; CONTINUE THENCE EAST, 204.3 FEET TO THE EAST LINE OF SAID LOT 29, RUN THENCE SOUTH 14 DEGREES 50 MINUTES 30 SECONDS EAST, ALONG SAID EAST LINE, 103.31 FEET, RUN THENCE WEST, PARALLEL TO THE NORTH LINE OF SAID LOT 29, 231.86 FEET TO A POINT 80.0 FEET EAST OF THE WEST LINE OF SAID LOT 29; RUN THENCE NORTH 100.0 FEET TO THE POINT OF BEGINNING, LESS ADDITIONAL RIGHT OF WAY FOR PLEASANT HILL ROAD TAKEN PER OFFICIAL RECORDS BOOK 341, PAGE 471, OF THE PUBLIC RECORDS OF OSCEOLA COUNTY, FLORIDA.**

**a/k/a 2344 PLEASANT HILL ROAD, KISSIMMEE, FL 34746.**

4. The above described property was sold at public sale on March 5, 2012 and the Movant was the highest bidder at the sale. The Circuit Court issued a Certificate of Sale of in favor of Movant that same day. Said Certificate of Sale is attached hereto as Exhibit "B."

5. On June 25, 2012, Movant obtained a Certificate of Title from the Circuit Court. A copy of the Certificate of Title is attached hereto as Exhibit "C."

6. On April 30, 2013, the Circuit Court entered an Order Directing the Clerk to Issue Writ of Possession. A copy of the Writ of Possession is attached hereto as Exhibit "D."

7. The Debtor has no right to cure the mortgage through the Chapter 13 bankruptcy and is wrongfully in possession of the property. Movant seeks relief from the stay to take actions needed in State Court to obtain a Certificate of Title and recover possession of the property and premises.

8. Movant is entitled to relief from the stay pursuant to 11 U.S.C. Section 362 (d) (1) and (2) as the debtor has no remaining right to title of the subject property and wrongfully holds

possession of the premises.

9.   Once the stay is terminated, the Debtor will have minimal motivation to insure, preserve, or protect the property; therefore, Movant requests that the Court waive the 14-day stay period imposed by Fed.R.Bankr.P. 4001(a)(3).

10.   Movant has incurred attorney's fees in the amount of $650.00 and costs in the amount of $176.00 as a result of the necessity of filing this Motion.   Said attorney's fees and costs may be recoverable pursuant to state law and the mortgage documents.

**WHEREFORE**, Movant prays that this Court enter an order modifying the automatic stay under 11 U.S.C. § 362(d)to permit Movant to take any and all steps necessary to exercise any and all rights it may have in the collateral described herein, to gain possession of said collateral, and to have such other and further relief as is just.

Ronald R Wolfe & Associates, P.L.
Post Office Box 25018
Tampa, FL 33622-5018
(813) 251-4766 Ext: 3485
Fax: 813-251-1541
Email: bkatt@wolfelawfl.com

By: /s/ Teresa M. Hair
Teresa M. Hair
Florida Bar No. 44079
ATTORNEY FOR US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-WF1

B13007408

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that copies of the foregoing Post Judicial Sale Motion for Relief from Stay and any and all Exhibits referenced therein have been furnished either by electronic or regular U.S. Mail to all parties listed this 14 day of May, 2013.

Arlette de Andrade
2344 Pleasant Hill Road
Kissimmee, FL 34746

Laurie K. Weatherford, Trustee
Post Office Box 3450
Winter Park, FL 32790

                                           Ronald R Wolfe & Associates, P.L.
                                           Post Office Box 25018
                                           Tampa, FL 33622-5018
                                           (813) 251-4766 Ext: 3485
                                           Fax: 813-251-1541
                                           Email: bkatt@wolfelawfl.com

                                           By: /s/ Teresa M. Hair
                                           Teresa M. Hair
                                           Florida Bar No. 44079
                                           ATTORNEY FOR US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-WF1