IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR OSCEOLA COUNTY, FLORIDA
CIVIL ACTION

US BANK NATIONAL ASSOCIATION, AS TRUSTEE
FOR J.P. MORGAN MORTGAGE ACQUISITION
TRUST 2006-WF1,
    Plaintiff,

CASE NO.    49-2009-CA-004357 MF
vs.    DIVISION    22

ARLETTE DEANDRADE; THE UNKNOWN SPOUSE OF ARLETTE
DEANDRADE; ANY AND ALL UNKNOWN PARTIES CLAIMING
BY, THROUGH, UNDER, AND AGAINST THE HEREIN NAMED
INDIVIDUAL DEFENDANT(S) WHO ARE NOT KNOWN TO BE
DEAD OR ALIVE, WHETHER SAID UNKNOWN PARTIES MAY
CLAIM AN INTEREST AS SPOUSE, HEIRS, DEVISEES,
GRANTEES, OR OTHER CLAIMANTS; BANK OF AMERICA, NA
TENANT #1, and TENANT #2
    Defendant(s).
_____/

SPACE FOR RECORDING ONLY F.S.§695.26

## FINAL SUMMARY JUDGMENT OF MORTGAGE FORECLOSURE

THIS CAUSE having come to be heard on January 14, 2010 on the MOTION FOR FINAL SUMMARY JUDGMENT OF MORTGAGE FORECLOSURE INCLUDING A HEARING TO TAX ATTORNEYS' FEES AND COSTS filed on behalf of US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-WF1, hereinafter referred to as Plaintiff, and the Court having reviewed the pleadings and affidavits filed by Plaintiff, having heard argument of counsel, and being otherwise fully advised in the premises:

ORDERS AND ADJUDGES as follows:



FILE_NUMBER: ▓▓▓▓▓                  DOC_ID: ▓▓▓▓▓

foreclosure action, the amount of time and labor reasonably expended by lawyers in the community in prosecuting routine mortgage foreclosure actions, Florida Default Law Group, P.L.'s, flat fee agreement with its client and Florida law, that the flat fee sought by Florida Default Law Group, P.L., is reasonable and awards a flat fee of One thousand, Three hundred and 00/100 Dollars ($1,300.00).

4. Plaintiff holds a lien for the total sums set forth in Paragraph 2 superior to any claims, interests or estates of Defendant(s) ARLETTE DEANDRADE; THE UNKNOWN SPOUSE OF ARLETTE DEANDRADE; ANY AND ALL UNKNOWN PARTIES CLAIMING BY, THROUGH, UNDER, AND AGAINST THE HEREIN NAMED INDIVIDUAL DEFENDANT(S) WHO ARE NOT KNOWN TO BE DEAD OR ALIVE, WHETHER SAID UNKNOWN PARTIES MAY CLAIM AN INTEREST AS SPOUSE, HEIRS, DEVISEES, GRANTEES, OR OTHER CLAIMANTS; BANK OF AMERICA, NA; TENANT #1, and TENANT #2 and any person or entities claiming by, through, under or against these defendant(s), with the exception of any special assessments that are superior pursuant to Florida Statutes §159 (2006) and/or Florida Statutes §170.09 (2006), on the following-described property located and situated in OSCEOLA County, Florida:

> LOT 5:
> FROM THE NORTHWEST CORNER OF LOT 29 OF O BAR RANCHETTES, OSCEOLA COUNTY, FLORIDA, RUN SOUTH ALONG THE WEST LINE OF SAID LOT 29; 400.0 FEET; RUN THENCE EAST, PARALLEL TO THE NORTH LINE OF SAID LOT 29, 80.0 FEET TO THE POINT OF BEGINNING; CONTINUE THENCE EAST, 204.3 FEET TO THE EAST LINE OF SAID LOT 29, RUN THENCE SOUTH 14 DEGREES 50 MINUTES 30 SECONDS EAST, ALONG SAID EAST LINE, 103.31 FEET, RUN THENCE WEST, PARALLEL TO THE NORTH LINE OF SAID LOT 29, 231.86 FEET TO A POINT 80.0 FEET EAST OF THE WEST LINE OF SAID LOT 29; RUN THENCE NORTH 100.0 FEET TO THE POINT OF BEGINNING, LESS ADDITIONAL RIGHT OF WAY FOR PLEASANT HILL ROAD TAKEN PER OFFICIAL RECORDS BOOK 341, PAGE 471, OF THE PUBLIC RECORDS OF OSCEOLA COUNTY, FLORIDA.
>
> A/K/A 2344 PLEASANT HILL ROAD, KISSIMMEE, FL 34746

5. If the total sum set forth in Paragraph 2, with interest at the rate prescribed by law and all costs of this action accruing subsequent to this Judgment, is not paid prior to the scheduled public sale, the Clerk of this Court shall sell the property described in Paragraph 4 at a public sale on ~~FEBRUARY 16~~ April 14, 2010, at 11:00AM, to the highest bidder for cash, except as hereinafter set forth, at 2 COURTHOUSE SQUARE, SUITE 2600, ROOM 2602 KISSIMMEE, FLORIDA 34741 in OSCEOLA County, Florida in accordance with Florida Statutes §45.031 (2006),

---

US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-WF1 vs. ARLETTE DEANDRADE, ET AL
CASE NO. 49-2009-CA-004357 MF

12. Jurisdiction over this action is retained to enter such further Orders to give Plaintiff adequate and complete relief as may be necessary and proper, including the entry of a deficiency decree if Plaintiff is not limited to in rem stay relief in an active bankruptcy case and/or if borrower(s) has not been discharged in bankruptcy or constructively served, together with additional attorney's fees, if appropriate.

13. Any Homeowner Association assessments which are owed are subject to the Association's rights pursuant to Florida Statute 720.3085 (2008).

DONE AND ORDERED in Chambers, in OSCEOLA County, Florida, this 14TH day of JANUARY, 2010.

_____
Circuit Judge

Copies furnished to:
Jacqueline F. Kuyk, Esquire
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018

ARLETTE DEANDRADE
2344 PLEASANT HILL ROAD
KISSIMMEE, FL 34746

THE UNKNOWN SPOUSE OF ARLETTE DEANDRADE
2344 PLEASANT HILL ROAD
KISSIMMEE, FL 34746

BANK OF AMERICA, NA
c/o Legal Department BOA, R.A.
101 S Tryon Street
Charlotte, NC 28280

TENANT #1
2344 PLEASANT HILL ROAD
KISSIMMEE, FL 34746

TENANT #2
2344 PLEASANT HILL ROAD
KISSIMMEE, FL 34746

```
175,445.92 +
 13,230.52 +
  1,550.15 +
    185.18 +
  1,689.63 +
    550.94 +
    190.   +
     60.   +
    175.   +
    150.   +
    357.5  +
    365.   +
     91.   +
     87.5  +
  1,300.   +
  015............
195,438.34 *
```

F09041648, Case No. 49-2009-CA-004357 MF, NMNC-CONV—