IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR OSCEOLA COUNTY, FLORIDA
CIVIL ACTION

US BANK NATIONAL ASSOCIATION, AS
TRUSTEE FOR J.P. MORGAN MORTGAGE
ACQUISITION TRUST 2006-WF1,
Plaintiff,

vs.

CASE NO.: 49-2009-CA-004357 MF
DIVISION: 22

ARLETTE DEANDRADE, et al,

Defendant(s).
_____/

## CERTIFICATE OF SALE

The undersigned Clerk of the Court certifies that Notice of public sale of the property described in the Order or Final Judgment was published in Heritage Florida Jewish News, Inc. a newspaper circulated in OSCEOLA County, Florida, in the manner shown by proof of publication attached, and on __3-5-12__, the property was offered for public sale to the highest and best bidder for cash. The highest and best bid received for the property in the amount of $ __100__ was submitted by __US Bank__, to whom the property was sold. The proceeds of the sale are retained for distribution in accordance with the Order or Final Judgment or law.

WITNESS my hand and seal of the Court on __MAR - 5 2012__, 2012, as Clerk of the Circuit Court.

(SEAL)

Malcom Thompson
Clerk of the Circuit Court

By: _____
Deputy Clerk

Copies furnished to:
Florida Default Law Group, P.L.
All parties on the attached service list.



## Service List

ARLETTE DEANDRADE
2344 PLEASANT HILL ROAD
KISSIMMEE, FL   34746

THE UNKNOWN SPOUSE OF ARLETTE DEANDRADE
2344 PLEASANT HILL ROAD
KISSIMMEE, FL   34746

BANK OF AMERICA, NA
c/o Legal Department BOA, R.A.
101 S Tryon Street
Charlotte, NC   28280

TENANT #1
2344 PLEASANT HILL ROAD
KISSIMMEE, FL   34746

TENANT #2
2344 PLEASANT HILL ROAD
KISSIMMEE, FL   34746