IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR OSCEOLA COUNTY, FLORIDA
CIVIL ACTION

US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-WF1,
   Plaintiff,

vs.   CASE NO. 49-2009-CA-004357 MF
      DIVISION 22

ARLETTE DEANDRADE; THE UNKNOWN SPOUSE OF ARLETTE DEANDRADE; ANY AND ALL UNKNOWN PARTIES CLAIMING BY, THROUGH, UNDER, AND AGAINST THE HEREIN NAMED INDIVIDUAL DEFENDANT(S) WHO ARE NOT KNOWN TO BE DEAD OR ALIVE, WHETHER SAID UNKNOWN PARTIES MAY CLAIM AN INTEREST AS SPOUSE, HEIRS, DEVISEES, GRANTEES, OR OTHER CLAIMANTS; BANK OF AMERICA, NA; TENANT #1; TENANT #2;
   Defendant(s).
_____/



CFN  2012096425
Bk 4289 Pg 1253 (3 Pgs)
DATE: 06/27/2012  02:42:46 PM
MALCOM THOMPSON, CLERK OF COURT
OSCEOLA COUNTY
RECORDING FEES $0.00
DEED DOC $0.70

SPACE FOR RECORDING ONLY F.S.§695.26

## CERTIFICATE OF TITLE

The undersigned Clerk of the Court certifies that he executed and filed a Certificate of Sale in this action on March 5, 2012, for the property described herein and that no objections to the sale have been filed within the time allowed for filing objections.

The following property in OSCEOLA County, Florida:

LOT 5:   FROM THE NORTHWEST CORNER OF LOT 29 OF O BAR RANCHETTES, OSCEOLA COUNTY, FLORIDA, RUN SOUTH ALONG THE WEST LINE OF SAID LOT 29; 400.0 FEET; RUN THENCE EAST, PARALLEL TO THE NORTH LINE OF SAID LOT 29, 80.0 FEET TO THE POINT OF BEGINNING; CONTINUE THENCE EAST, 204.3 FEET TO THE EAST LINE OF SAID LOT 29, RUN THENCE SOUTH 14 DEGREES 50 MINUTES 30 SECONDS EAST, ALONG SAID EAST LINE, 103.31 FEET, RUN THENCE WEST, PARALLEL TO THE NORTH LINE OF SAID LOT 29, 231.86 FEET TO A POINT 80.0 FEET EAST OF THE WEST LINE OF SAID LOT 29; RUN THENCE NORTH 100.0 FEET TO THE POINT OF BEGINNING, LESS ADDITIONAL RIGHT OF WAY FOR PLEASANT HILL ROAD TAKEN PER OFFICIAL RECORDS BOOK 341, PAGE 471, OF THE PUBLIC RECORDS OF OSCEOLA COUNTY, FLORIDA.

A/K/A 2344 PLEASANT HILL ROAD, KISSIMMEE, FL 34746



was sold to: <u>US Bank National Association, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-WF1</u>, whose address is: <u>3476 Stateview Boulevard, MAC #X7801-013, Fort Mill, SC  29715</u>.

      WITNESS my hand and seal of the Court on JUN 2 5 2012, 2012, as Clerk of the Circuit Court.

(SEAL)

                                  Malcom Thompson
                                  Clerk of the Circuit Court

                                  By: _____
                                      Deputy Clerk

Copies furnished to:
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
All parties on the attached service list.



## Service List

ARLETTE DEANDRADE
2344 PLEASANT HILL ROAD
KISSIMMEE, FL  34746

THE UNKNOWN SPOUSE OF ARLETTE DEANDRADE
2344 PLEASANT HILL ROAD
KISSIMMEE, FL  34746

BANK OF AMERICA, NA
c/o Legal Department BOA, R.A.
101 S Tryon Street
Charlotte, NC  28280

TENANT #1
2344 PLEASANT HILL ROAD
KISSIMMEE, FL  34746

TENANT #2
2344 PLEASANT HILL ROAD
KISSIMMEE, FL  34746