Filed in open Court this
30 day of April
A.D. 2013
ARMANDO RAMIREZ, CLERK
By _____ D.C.

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR OSCEOLA COUNTY, FLORIDA
CIVIL ACTION

US BANK NATIONAL ASSOCIATION, AS
TRUSTEE FOR J.P. MORGAN MORTGAGE
ACQUISITION TRUST 2006-WF1,
    Plaintiff,

CASE NO.: 49-2009-CA-004357 MF
DIVISION: 22

vs.

ARLETTE DEANDRADE, et al,
    Defendant(s).
_____/

## ORDER DIRECTING CLERK TO ISSUE ALIAS WRIT OF POSSESSION

THIS CAUSE came on for consideration pursuant to the Motion for Order Directing Clerk to Issue Alias Writ of Possession filed by US Bank National Association, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-WF1 in the above-styled cause. The Court, having considered the Motion and being otherwise fully advised in the premises, is of the opinion that such Motion should be granted, it is therefore,

ORDERED AND ADJUDGED as follows:

1. US Bank National Association, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-WF1's Motion for Order Directing Clerk to Issue Alias Writ of Possession for the below described property be and the same is hereby GRANTED.

> LOT 5:
> FROM THE NORTHWEST CORNER OF LOT 29 OF O BAR RANCHETTES, OSCEOLA COUNTY, FLORIDA, RUN SOUTH ALONG THE WEST LINE OF SAID LOT 29; 400.0 FEET; RUN THENCE EAST, PARALLEL TO THE NORTH LINE OF SAID LOT 29, 80.0 FEET TO THE POINT OF BEGINNING; CONTINUE THENCE EAST, 204.3 FEET

FILE_NUMBER: ▓▓▓▓▓▓

Serial ▓▓▓▓▓▓
DOC_ID: ▓▓▓▓▓▓



TO THE EAST LINE OF SAID LOT 29, RUN THENCE SOUTH 14 DEGREES 50 MINUTES 30 SECONDS EAST, ALONG SAID EAST LINE, 103.31 FEET, RUN THENCE WEST, PARALLEL TO THE NORTH LINE OF SAID LOT 29, 231.86 FEET TO A POINT 80.0 FEET EAST OF THE WEST LINE OF SAID LOT 29; RUN THENCE NORTH 100.0 FEET TO THE POINT OF BEGINNING, LESS ADDITIONAL RIGHT OF WAY FOR PLEASANT HILL ROAD TAKEN PER OFFICIAL RECORDS BOOK 341, PAGE 471, OF THE PUBLIC RECORDS OF OSCEOLA COUNTY, FLORIDA.
PROPERTY ADDRESS: 2344 PLEASANT HILL ROAD KISSIMMEE FL, 34746.

2. The Clerk of the Court is hereby directed to issue the Alias Writ of Possession to remove the current occupants and any and all unknown tenants and personal property from the property described in the foreclosure judgment.

DONE AND ORDERED in Chambers, in OSCEOLA County, Florida, this 30 day of April, 2013.

_Robert J Pleus_
SENIOR JUDGE
Circuit Court Judge

Copies furnished to:
Matthew Wolf, Esquire
Ronald R Wolfe & Associates, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018

All parties on the attached service list

# Service List

ARLETTE DEANDRADE
2344 PLEASANT HILL ROAD
KISSIMMEE, FL 34746

THE UNKNOWN SPOUSE OF ARLETTE DEANDRADE
2344 PLEASANT HILL ROAD
KISSIMMEE, FL 34746

BANK OF AMERICA, NA
c/o Legal Department BOA, R.A.
101 S Tryon Street
Charlotte, NC 28280

TENANT #1
2344 PLEASANT HILL ROAD
KISSIMMEE, FL 34746

TENANT #2
2344 PLEASANT HILL ROAD
KISSIMMEE, FL 34746

ANY AND ALL UNKNOWN PARTIES CLAIMING BY, THROUGH, UNDER, AND AGAINST THE HEREIN NAMED INDIVIDUAL DEFENDANT(S) WHO ARE NOT KNOWN TO BE DEAD OR ALIVE, WHETHER SAID UNKNOWN PARTIES MAY CLAIM AN INTEREST AS SPOUSE, HEIRS, DEVISEES, GRANTEES, OR OTHER CLAIMANTS