IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
*Orlando Division*

**FILED**

MAY 17 2013

CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

IN RE:

**Arlette de Andrade**

*Debtor*

Case No.:
**6:13-BK-05621-CCJ**

CHAPTER 13

_____/

# NOTICE TO THE COURT
# AND ACKNOWLEDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **Arlette de Andrade** ("Debtor"), and is noticing the court in regard to the above-entitled matter, and states as follows:

1. On May 03, 2013, Arlette de Andrade ("Debtor") filed for relief under Chapter 13 of the U.S. Bankruptcy Code.

2. Debtor noticed today that a document has been filed into her Chapter 13 case from a party in the matter, by Ronald R. Wolfe & Associates, PL ("Wolfe & Assoc.") for alleged Creditor, US Bank, NA as Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-WF1.  To date, Debtor has NOT received a copy of the filed document from Wolfe & Assoc.

3. Debtor is noticing the court that she will be filing her response to the document filed by Wolfe & Assoc. into the matter within the allowable time.

4. Additionally, Debtor notices the court that she will be opposing the Relief from Stay due to numerous and very serious, genuine issues of material fact in the matter, and regarding the erroneous amounts alleged as owed by Debtor to the alleged creditor, for which she is disputing .

The court must protect Debtor in order to allow time for any controversy to be lawfully resolved under due process of law.  Therefore, Debtor invokes the Bankruptcy court's protection to insure that her due process of law, and rights are not violated.

Dated:    May _17th_, 2013

_Arlette de Andrade_
2344 Pleasant Hill Dr.
Kissimmee, Florida 34746

---------------------------------------------------------------------------------------------------------

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the foregoing OBJECTION TO RELIEF FROM STAY AND SET FOR HEARING and any and all Exhibits referenced therein have been furnished either by electronic or regular U.S. Mail, and/or by fax to all parties listed, on this _17th_ day of May, 2013.


Ronald R Wolfe & Associates, P.L.
Post Office Box 25018
Tampa, FL 33622-5018


Laurie K. Weatherford, Trustee
Post Office Box 3450
Winter Park, FL 32790