United States Bankruptcy Court
Middle District of Florida

In re:  
Arlette de Andrade  
    Debtor

Case No. 13-05621-CCJ  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 113A-6    User: hmary    Page 1 of 2    Date Rcvd: Jun 13, 2013  
                 Form ID: 6hnstay    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2013.  
db          +Arlette de Andrade,   2344 Pleasant Hill Road,   Kissimmee, FL 34746-3676

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 15, 2013**                  **Signature:** _/s/ Joseph Speetjens_

```
District/off: 113A-6                  User: hmary                    Page 2 of 2                  Date Rcvd: Jun 13, 2013
                                      Form ID: 6hnstay               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2013 at the address(es) listed below:
          Laurie K Weatherford    ecfdailysummary@c13orl.com, ecfdailysummarybackup@c13orl.com
          Teresa M Hair   on behalf of Creditor   US Bank National Association midbkmail@wolfelawfl.com
          United States Trustee - ORL7/13, 7   USTP.Region21.OR.ECF@usdoj.gov
                                                                                                                                              TOTAL: 3

**[6hnstay]** [NOTICE OF PRELIMINARY HEARING AND ORDER EXTENDING THE AUTOMATIC STAY]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                    Case No. 6:13−bk−05621−CCJ
                                                                                          Chapter 13

Arlette de Andrade
aka Arlette M Deandrade
aka Arlette Deandrade
2344 Pleasant Hill Road
Kissimmee, FL 34746

_____Debtor(s)_____/

NOTICE OF PRELIMINARY HEARING
AND ORDER EXTENDING THE AUTOMATIC STAY

   A preliminary nonevidentiary hearing will be held before the undersigned Bankruptcy Judge on June 26, 2013 at 01:45 PM in Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801 to consider and act upon the following:

   Motion to terminate, annul or modify the automatic stay filed by Teresa M Hair, on behalf of US Bank National Association, on May 14, 2013, and docketed as Document Number 12.

   The failure of a party or, if represented, that party's counsel to attend the preliminary stay hearing shall constitute that party's abandonment of the motion or consent by failure to oppose, and the Court may enter an appropriate order based on such nonappearance without further notice or hearing.

   The automatic stay imposed by 11 U.S.C. §362 is extended in this matter until the final order is entered on this motion.

   In a Chapter 11 case, the movant shall serve a copy of the motion (if the movant has not already done so) and a copy of this notice and order upon any committee appointed pursuant to 11 U.S.C. §1102 or its attorney, if one has been employed with the approval of the Court. If no committee of unsecured creditors has been appointed pursuant to 11 U.S.C. §1102, service shall be made upon the creditors included in the list filed pursuant to Fed R. Bankr. P. 1007(d); and upon the United States Trustee, Orlando Division. The movant shall then promptly file a certificate of such service with the Court. The movant shall obtain a current mailing matrix from the clerk's office.

   Testimony of witnesses will not be permitted at the preliminary hearing, and motions that cannot be disposed of at the hearing will be set for final evidentiary hearing.

   Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

   Avoid delays at Courthouse security checkpoints. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

   Debtor's Objection to Motion for Relief from Stay of US Bank National Association Re: Post–Judicial Sale (Document No. 16).

   DONE AND ORDERED on June 13, 2013 .

_____
Cynthia C. Jackson
United States Bankruptcy Judge