United States Bankruptcy Court
Middle District of Florida

In re:  
Arlette de Andrade  
    Debtor

Case No. 13-05621-CCJ  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 113A-6     User: ssusan     Page 1 of 2     Date Rcvd: Jun 25, 2013  
                     Form ID: pdfdoc    Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2013.

```
db          +Arlette de Andrade,    2344 Pleasant Hill Road,    Kissimmee, FL 34746-3676
23430662    +Bank of America NA,    100 North Tryon Street,    Charlotte NC 28255-0001
23599869    +Duane Woodman,    2344 Pleasant Hill Road,    Kissimmee, FL 34746-3676
23599862    +FHLMC (Freddie Mac),    8609 Westwood Ctr. Dr.,    Vienna, VA 22182-7521
23430648     Florida Department of Revenue,    Bankruptcy Unit,    Post Office Box 6668,
              Tallahassee FL 32314-6668
23599868     Florida Dept of Revenue,    2301 Maitland Ctr, Pkwy 160,    Maitland, FL  32751-4192
23599864    +Harry Hewitt & Susan Hewitt,    5219 Haverhill Road,    Orlando, FL 32809-3041
23430663    +Hiday & Ricke, PA,    Jeffrey R Becker, Attorney,    4100 Southpointe Dr, East, Suite 3,
              Jacksonville FL 32216-8710
23599866     Home Depot/Citibank,    PO Box 689055,    Des Moines, IA  50368-9055
23430647     Osceola County Tax Collector,    Attn: Patsy Heffner,    Post Office Box 422105,
              Kissimmee FL 34742-2105
23430661    +Ronald R Wolfe & Associates, PL,    fka Florida Default Law Group, PL,
              4919 Memorial Highway - Suite 200,    Tampa FL 33634-7500
23599867     T-Mobile,    PO Box 742596,    Cincinnatti, OH  45274-2596
23430659    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  US Bank NA,    as Trustee for JP Morgan,    425 Walnut Street,
              Cincinnati OH 45202)
23599863    +US Bank,    c/o Carlton Fields,    525 Okeechobee Blvd,    West Palm Beach, FL 33401-6349
23430660    +Wells Fargo Bank NA,    3480 Stateview Blvd,    Fort Mill SC 29715-7204
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
23465586     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 25 2013 23:29:27
              American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
              Oklahoma City, OK  73124-8848
23430649     E-mail/Text: cio.bncmail@irs.gov Jun 25 2013 23:16:28     Internal Revenue Service,
              Post Office Box 7346,   Philadelphia PA 19101-7346
23430664    +E-mail/Text: ext_ebn_inbox@navyfederal.org Jun 25 2013 23:17:32     Navy Federal Credit Union,
              820 Follin Lane,   Vienna VA 22180-4907
                                                                                              TOTAL: 3
```

```
             ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr           US Bank National Association
23599865    ##+Target National Bank,    PO Box 59317,    Minneapolis, MN 55459-0317
                                                                              TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 27, 2013**          **Signature:** *Joseph Speetjens*

```
District/off: 113A-6          User: ssusan               Page 2 of 2              Date Rcvd: Jun 25, 2013
                              Form ID: pdfdoc            Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2013 at the address(es) listed below:
         Laurie K Weatherford    ecfdailysummary@c13orl.com, ecfdailysummarybackup@c13orl.com
         Teresa M Hair    on behalf of Creditor    US Bank National Association midbkmail@wolfelawfl.com
         United States Trustee - ORL7/13, 7    USTP.Region21.OR.ECF@usdoj.gov
                                                                                                                                                                                       TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
*Orlando Division*

**FILED**
JUN 21 2013
CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

In RE:

**Arlette de Andrade**

*Debtor*

_____/

Case No.:

**6:13-BK-05621-CCJ**

CHAPTER 13

____  **Chapter 13 Plan**          **X**  **Amended Chapter 13 Plan**

COMES NOW, the Debtor(s) and files this Chapter 13 Plan. The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:

## PLAN PAYMENTS

| Payment Number by months | Amount of Monthly Plan payment |
|---|---|
| 36 | $ 34.00 |

The Debtor(s) shall pay by **money order, cashier's check** or **wage deduction,** to Laurie K. Weatherford, Chapter 13 Standing Trustee, Post Office Box 3450, Winter Park, Florida 32790. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

## PAYMENT OF CLAIMS THROUGH THE PLAN

**ATTORNEY FEES**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| N/A | | | |

**PRIORITY CLAIMS**

The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| N/A | | | |

## SECURED CLAIMS

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| **MORTGAGE (??)** | $0 (no POC) | (??) | 36 |
| 1. Wells Fargo Bank, NA *("Lender")* | | | |
| 2. Wells Fargo Home Mortgage, Inc. *(Servicer, Noteholder?)* | | | |
| **MORTGAGE and NOTE (??)** | | | |
| 3. US Bank, NA as Trustee for JP Morgan Acquisition Trust 2006-WF1 *(3rd Party Forecloser, Disputed)* | | | |
| 4. Freddie Mac (FHLMC) *(Noteholder? – See Attached 1099-A received from Wells Fargo Bank, NA)* | | | |

> **NOTE FROM DEBTOR:**
> My property has been homesteaded since 2003. I am having a very difficult time determining who's who and who owns what, as Wells Fargo Bank, NA *("Lender")*, and the Servicer, and US Bank, NA as Trustee for JP Morgan Trust have refused to provide me with PROOF OF CLAIM, or standing, and I have received information that Freddie Mac (FHLMC) is the actual Noteholder, but the Servicer has also stated to me that they still have my mortgage, although it was foreclosed upon. (???) I am very confused and they ALL have unlawfully refused to answer any of my Inquiries or Qualified Written Requests (3 QWRs) in regard to the Debt. I need your help clarifying this convoluted dilemma!

---

## SECURED ARREARAGE

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| N/A | | | |

---

## SECURED GAP PAYMENTS

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| N/A | | | |

---

## PROPERTY TO BE SURRENDERED:

| Creditor Name: | Property Address: |
|---|---|
| **None** | |

**VALUATION OF SECURITY:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| U.S. Bank, NA | $100.00 | $34.00 | 4 |

**Debtor obtained current information from the Certificate of Sale whereby customary test of fair market value in Real Estate transactions is the price that a Buyer is willing, but is not under any duty, to pay for a particular property to an owner who is willing, but not obligated, to sell. See attached exhibit B.**

*(motion to value must be filed consistent with plan treatment)*

-------------------------------------------------------

**EXECUTORY CONTRACTS:**

**The following Executory Contracts are assumed:**

| Name of Creditor | Description of Collateral | Amount |
|---|---|---|
| Arlette de Andrade | Lease on Single Family Home | $250.00 per month |

-------------------------------------------------------

**The following Executory Contracts are rejected:**

| Name of Creditor | Description of Collateral |
|---|---|
| None | |

-------------------------------------------------------

**Unsecured Creditors:** whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to PRIORITY and SECURED Creditors are made. Approximate percentage: **0.00 %**

Property of the Estate revests in the Debtor(s) upon confirmation of the plan, OR upon completion of all plan payments and the discharge of Debtor(s).

-------------------------------------------------------

### CERTIFICATE OF SERVICE

I/We hereby certify that a true and correct copy of the Amended Chapter 13 Plan of Debtor(s) was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this 21st day of June, 2013.

_____
Debtor Signature

# Exhibit 2 - AMENDED LIST OF CREDITORS

**U.S. BANK, National Association**
as Trustee for JP Morgan Mortgage
Acquisition Trust 2006-WF1
425 Walnut Street
Cincinnati, Ohio 45202


**WELLS FARGO BANK, NA**
3480 Stateview Blvd.,
Fort Mill, SC  29715


**WELLS FARGO HOME MORTGAGE**
MAC X7801-03K
3480 Stateview Blvd.,
Fort Mill, SC  29715


**BANK OF AMERICA, NA**
100 North Tryon Street
Charlotte, NC  28255


**U.S. BANK, National Association**
as Trustee for JP Morgan Mortgage
Acquisition Trust 2006-WF1
c/o **Carlton Fields, PA**
525 Okeechobee Blvd.
West Palm Beach, FL 33401


**FHLMC (Freddie Mac)**
8609 Westwood Ctr. Dr.
Vienna, VA 22108

**NAVY FEDERAL CREDIT UNION**
c/o **HIDAY & RICKE, PA**
Jeffrey R. Becker, Attorney
4100 Southpoint Dr., East, Suite 3,
Jacksonville, FL 32216


**Harry Hewitt** and **Susan Hewitt**
5219 Haverhill Road
Orlando, FL 32809


**TARGET National Bank**
PO Box 59317
Minneapolis, MN  55459


**T-MOBILE**
PO Box 742596
Cincinatti, OH  45274-2596


**HOME DEPOT / Citibank**
PO Box 689055
Des Moines, IA  50368-9055


**Florida Department of Revenue**
2301 Maitland Center Pkwy. - Suite 160
Maitland, FL 32751-4192