**[13nfinmg]** [Notice of Requirement to File Statement of Completion of Financial Management – Ch 13]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  
Case No. 6:13−bk−05621−CCJ
Chapter 13

Arlette de Andrade  
aka Arlette M Deandrade  
aka Arlette Deandrade  
2344 Pleasant Hill Road  
Kissimmee, FL 34746

_____Debtor*_____/

**NOTICE OF REQUIREMENT TO FILE A STATEMENT OF COMPLETION
OF COURSE IN PERSONAL FINANCIAL MANAGEMENT**

In order to receive a discharge, the Debtor must complete an instructional course in personal financial management, as described in 11 U.S.C. § 111. The Debtor has not filed a Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management (Official Form 23).

YOU ARE NOTIFIED that in a chapter 13 case, the case will close without an entry of discharge if the Debtor fails to file the certification no later than the date of the last required plan payment or the filing of a motion for a discharge under § 1328(b) of the Code, in accordance with Fed. R. Bankr. P. 1007(c).

If you previously submitted a Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23) dated prior to the petition file date of May 3, 2013 , a new post−petition Certification of Completion of Instructional Course Concerning Financial Management is required.

Dated: July 18, 2013

FOR THE COURT  
Lee Ann Bennett , Clerk of Court  
George C. Young Federal Courthouse  
400 West Washington Street  
Suite 5100  
Orlando, FL 32801

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

Copies furnished to:  
Debtor  
Debtor's Attorney  
Trustee  
U.S. Trustee

Official Form 23 (12/10)

# United States Bankruptcy Court
## Middle District Of Florida

In re:                                                       Case No. 6:13−bk−05621−CCJ
                                                                                 Chapter 13

Arlette de Andrade
aka Arlette M Deandrade
aka Arlette Deandrade
2344 Pleasant Hill Road
Kissimmee, FL 34746

_____Debtor(s)_____/

**DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT**

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

\_\_\_ I, _____, the debtor in the above−styled case,
                  (Printed Name of Debtor)
hereby certify that on _____ (Date), I completed an instructional course in personal financial management provided by _____, an approved personal
                                               (Name of Provider)
financial management provider.

     Certificate No. :_____.

\_\_\_ I, _____, the debtor in the above−styled case,
                  (Printed Name of Debtor)
hereby certify that no personal financial management course is required because of
*[Check the appropriate box.]*:
     \_\_\_ Incapacity or disability, as defined in 11 U.S.C. § 109(h);
     \_\_\_ Active military duty in a military combat zone; or
     \_\_\_ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: _____

Date: _____

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 60 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)