

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/24/2013 01:45 PM

COURTROOM 6D, 6th Floor

**HONORABLE CYNTHIA JACKSON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:13-bk-05621-CCJ | 13 | 05/03/2013 |

Chapter 13

**DEBTOR:** Arlette de Andrade

**DEBTOR ATTY:** NA

**TRUSTEE:** Laurie Weatherford

**HEARING:**

PRELIMINARY HEARING
Motion by US Bank for Relief from Stay Re: 2344 Pleasant Hill Road. Contains negative notice. Post-Judicial Sale Motion for Relief From Stay (Doc #12)
Objection by Debtor to Motion for Relief from Stay of US Bank National Association (Doc #16)
Response by Trustee to Motion for Relief from Stay (creditor is not provided for in the plan) (Doc #30)
Memorandum by Debtor in Support of Objection to Motion for Relief from Stay (Doc #45)
Note: Con't from 6/26/13

**APPEARANCES:**:
Arlette De Andrade: D'or
Chris Eubank: US Bank Atty

**RULING:**
Motion by US Bank for Relief from Stay Re: 2344 Pleasant Hill Road. Contains negative notice. Post-Judicial Sale Motion for Relief From Stay (Doc #12) - Objection by Debtor to Motion for Relief from Stay of US Bank National Association (Doc #16) - Response by Trustee to Motion for Relief from Stay (creditor is not provided for in the plan) (Doc #30) - Granted: Order by Eubank.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.