IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

**Arlette de Andrade**

    Debtor(s).

                                                   **CASE NO. 6:13-bk-05621-CCJ**
                                                   **CHAPTER 13**

_____/

**ORDER GRANTING US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P.
MORGAN MORTGAGE ACQUISITION TRUST 2006-WF1'S
<u>MOTION FOR RELIEF FROM STAY</u>**

This case came on for hearing on July 24, 2013 at 1:45 pm, upon the Motion for Relief from Stay (D.E. 12) filed by US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-WF1 ("Movant").For reasons stated orally and recorded in open Court, it is

    **ORDERED:**

    1.    The Motion for Relief from Stay (D.E. 12) is granted.

    2.    The Automatic Stay imposed by 11 U.S.C. § 362 is lifted as to Movant's, its successors and/or assigns, interest in the following property:

    **LOT 5:**

    **FROM THE NORTHWEST CORNER OF LOT 29 OF O BAR RANCHETTES, OSCEOLA COUNTY, FLORIDA, RUN SOUTH ALONG THE WEST LINE OF SAID LOT 29; 400.0 FEET; RUN THENCE EAST, PARALLEL TO THE NORTH LINE OF SAID LOT 29, 80.0 FEET TO THE POINT OF BEGINNING; CONTINUE THENCE EAST, 204.3 FEET TO THE EAST LINE OF SAID LOT 29, RUN THENCE SOUTH 14 DEGREES 50 MINUTES 30 SECONDS EAST, ALONG SAID EAST LINE, 103.31 FEET, RUN THENCE WEST, PARALLEL TO THE NORTH LINE OF SAID LOT 29, 231.86 FEET TO A POINT 80.0 FEET EAST OF THE WEST LINE OF SAID LOT 29; RUN THENCE NORTH 100.0 FEET TO THE POINT OF BEGINNING, LESS ADDITIONAL RIGHT OF WAY FOR PLEASANT HILL ROAD TAKEN PER OFFICIAL RECORDS BOOK 341, PAGE 471, OF THE PUBLIC RECORDS OF OSCEOLA**

**COUNTY, FLORIDA.**

**a/k/a 2344 Pleasant Hill Road, Kissimmee, FL 34746**

3. The automatic stay is modified for the sole purpose of allowing Movant to complete *in rem* relief, to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, but Movant shall not obtain *in personam* relief against the debtor.

4. The Movant's request to waive the 14-day period pursuant to Bankruptcy Rule 4001(a)(3) is denied.

5. Bankruptcy fees and costs in the amount of $526.00 are rewarded for the prosecution of this Motion for Relief from Stay.

DONE and ORDERED in Orlando, Florida, this 31st day of July, 2013

_____
CYNTHIA C. JACKSON
UNITED STATES BANKRUPTCY JUDGE

Attorney Cynthia Talton is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

Copies Furnished To:

Arlette de Andrade
2344 Pleasant Hill Road
Kissimmee,   FL 34746

Laurie K. Weatherford, Trustee
Post Office Box 3450

Winter Park,   FL 32790

US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-WF1
8489 Stagecoach Circle
Frederick, MD 21701


Ronald R Wolfe & Associates, P.L.
P.O. Box 25018
Tampa, Florida   33622-5018

B13007408