UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

ARLETTE DE ANDRADE,

Debtor.
_____/

Chapter 13
Case No. 6:13-bk-05621-CCJ

ORDER DENYING MOTION FOR RECONSIDERATION

This case came on for consideration of the Amended Motion for Reconsideration (Doc. No. 55; the "Motion"). After reviewing the pleadings and considering the position of interested parties, it is ORDERED that the Motion is denied.

Done and Ordered in Orlando, Florida this 15th day of August, 2013.

_____
CYNTHIA C. JACKSON
United States Bankruptcy Judge

Copies to:

Arlette de Andrade, 2344 Pleasant Hill Road, Kissimmee, FL 34746; Laurie K. Weatherford, P.O. Box 3450, Winter Park, Florida 32790; U.S. Trustee, Office of the U.S. Trustee, George C. Young Federal Building 400 West Washington Street, Suite 1100, Orlando, Florida 32081