United States Bankruptcy Court
Middle District of Florida

In re:  
Arlette de Andrade  
    Debtor

Case No. 13-05621-CCJ  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 113A-6      User: gkim     Page 1 of 2     Date Rcvd: Aug 15, 2013  
                   Form ID: pdfdoc     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2013.
```
db          +Arlette de Andrade,    2344 Pleasant Hill Road,    Kissimmee, FL 34746-3676
23430659   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank NA,    as Trustee for JP Morgan,    209 LaSalle St 3rd Fl,
               Chicago, IL 60604)
23599863    +US Bank,   c/o Carlton Fields,    525 Okeechobee Blvd,    West Palm Beach, FL 33401-6349
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cr         US Bank National Association  
                                                                        TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 17, 2013**                      **Signature:** _/s/ Joseph Speetjens_

```
District/off: 113A-6           User: gkim                 Page 2 of 2                   Date Rcvd: Aug 15, 2013
                               Form ID: pdfdoc            Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2013 at the address(es) listed below:
              Cynthia M Talton    on behalf of Creditor    US Bank National Association midbkmail@wolfelawfl.com
              Laurie K Weatherford    ecfdailysummary@c13orl.com, ecfdailysummarybackup@c13orl.com
              Teresa M Hair    on behalf of Creditor    US Bank National Association midbkmail@wolfelawfl.com
              United States Trustee - ORL7/13, 7   USTP.Region21.OR.ECF@usdoj.gov
                                                                                              TOTAL: 4

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

ARLETTE DE ANDRADE,

Debtor.
_____/

Chapter 13
Case No. 6:13-bk-05621-CCJ

ORDER DENYING MOTION FOR RECONSIDERATION

This case came on for consideration of the Amended Motion for Reconsideration (Doc. No. 55; the "Motion"). After reviewing the pleadings and considering the position of interested parties, it is ORDERED that the Motion is denied.

Done and Ordered in Orlando, Florida this 15th day of August, 2013.

_____
CYNTHIA C. JACKSON
United States Bankruptcy Judge

Copies to:

Arlette de Andrade, 2344 Pleasant Hill Road, Kissimmee, FL  34746; Laurie K. Weatherford, P.O. Box 3450, Winter Park, Florida  32790; U.S. Trustee, Office of the U.S. Trustee, George C. Young Federal Building 400 West Washington Street, Suite 1100, Orlando, Florida  32081